# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT | TENNESSEE |

UNITED STATES OF AMERICA

V.

SKYLER PHILLIPI

**NOTICE**

CASE NUMBER: 3:25-cr-00001

**TYPE OF CASE:**

☐ **CIVIL**   ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. District Court<br>719 Church Street<br>Nashville, TN 37203 | Courtroom No. 5B, Magistrate Judge Jeffery S. Frensley |
| | DATE AND TIME |
| | January 17, 2025 at 9:30 a.m. |

**TYPE OF PROCEEDING**

Initial Appearance

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JEFFERY S. FRENSLEY, U.S. Magistrate Judge
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

Surabhi Morrissey
(BY) DEPUTY CLERK

DATE:

TO:   AUSA

Attorney

Probation

Marshal