UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:25-00001 |
| v. | ) CHIEF JUDGE CAMPBELL |
| | ) |
| SKYLER PHILIPPI | ) |

## MOTION TO CANCEL PRETRIAL CONFERENCE AND NOTICE OF INTENT TO ENTER CHANGE OF PLEA

Skyler Philippi, through undersigned counsel, hereby notifies this Court that he intends to enter a guilty plea to both counts of the Information in this case. This Court previously scheduled a pretrial conference and plea hearing on September 9, 2025 at 9:00 a.m. (Order, Doc. No. 28.) Mr. Philippi intends to enter a plea of guilty to that information on that date and time, and, thus, he respectfully requests that this Court cancel the pretrial conference.

Respectfully submitted,

s/ R. David Baker
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Skyler Philippi

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2025, I electronically filed the foregoing *Motion to Cancel Pretrial Conference and Notice of Intent to Enter Change of Plea* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                        s/ *R. David Baker*
                                        R. DAVID BAKER

2

Case 3:25-cr-00001    Document 29    Filed 08/21/25    Page 2 of 2 PageID #: 79