# IN THE UNITED STATES DISTRICT COURT FOR
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**UNITED STATES OF AMERICA**  )
             )
**v.**            )  **3:25-cr-00001**
             )  **JUDGE CAMPBELL**
**SKYLER PHILIPPI**     )

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Reschedule Sentencing Hearing (Doc. No. 44). The motion is GRANTED, and the sentencing hearing is RESET to September 9, 2026, at 10:00 a.m.

At least seven days before the sentencing date, the parties shall file a "Position of the (Government or Defendant) Regarding the Presentence Report," containing only unresolved objections to the Presentence Report (LCrR 32.01(e)(4)). Any responses shall be filed no later than three days before sentencing. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing. At least seven days before the sentencing date, the parties shall file their respective statements addressing sentencing factors set forth in 18 U.S.C. §3553(a), (LCrR 32.01(e)), other sentencing filings (LCrR 32.01(f)), and motions for a departure.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE